IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 15, 2008

Charles R. Fulbruge III
Clerk

No. 07-41031
Conference Calendar

ALBERTO ALANIZ, JR

                                Petitioner-Appellant

v.

JOHN B FOX, Warden; UNITED STATES OF AMERICA

                                Respondents-Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:07-CV-292

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Alberto Alaniz, Jr., federal prisoner # 08779-045, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition in which he challenged his 240-month sentence for conspiracy to distribute marijuana. The district court determined that Alaniz could not proceed under § 2241 because his claims did not satisfy the requirements of the "savings clause" of 28 U.S.C. § 2255(e).

Alaniz's brief is entirely devoted to the merits of his claims for relief. Alaniz has not argued, much less shown, that he is entitled to proceed under

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 2241 based on the savings clause of § 2255(e). See Reyes-Requena v. United States, 243 F.3d 893, 900-01, 904 (5th Cir. 2001). Alaniz has waived the issue by failing to brief it. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993); Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987).

The judgment of the district court is AFFIRMED.